### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB** **MDL No. 2570** **Magistrate Judge TIM A. BAKER** |

This Document Relates to Plaintiffs:

See Plaintiffs Listed in **Exhibit A**

## <u>UNOPPOSED MOTION TO CONTINUE FEBRUARY 10 2026</u>

## <u>TELECONFERENCE</u>

TO THE HONORABLE TIM A. BAKER, United States Magistrate Judge for the Southern District of Indiana, Indianapolis Division:

Attorney Taurin J. Robinson, Esq., on behalf of the Plaintiffs identified in Exhibit A, respectfully moves the Court to continue the status conference currently set for **February 10, 2026 at 1:30 p.m. Eastern Time**, relating to settlement discussions with Defendant Cook Incorporated.

Counsel for Plaintiffs has encountered an unavoidable scheduling conflict with the presently scheduled date and time. Plaintiffs therefore request that the status conference be continued for approximately two weeks, to **February 23, 2026**, or to another date and time convenient for the Court.

Counsel for Plaintiffs has conferred with counsel for Defendant Cook

Incorporated, Jessica Benson Cox, who has confirmed that Defendant does **not** oppose this request.

Date: February 9, 2026

Respectfully submitted,

/s/ Taurin J. Robinson, Esq.
Taurin J. Robinson (Bar No. 352197)
The Robinson Law Firm, Prof. Corp.
3055 Wilshire Boulevard, Ste. 980
P (213) 674-7301
F (213) 674-7340
robinsonlaw3055@gmail.com
Counsel for Plaintiffs